IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL P. OSWALD,

    Plaintiff,

v.

WILLIAM POLLARD, ANTHONY MELI,
BRIAN GREFF, BELINDA SCHRUBBE,
LESLIE BAIRD, MARK CHARLES, JEFFREY
MANLOVE, JEREMY BROCKMAN, LORI
ALSUM, WESTRA, JAMES MUENCHOW,
DONALD STRAHOTA, KAREN GOURLIE,
KRISTINE DEYOUNG and
DEPARTMENT OF CORRECTIONS,

    Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-291-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/                                                8/30/2018

Peter Oppeneer, Clerk of Court                  Date