DOC NO
REC'D/FILED
2018 SEP 12 PM 2:29
PETER OPPENEER
CLERK US DIST COURT
W/D WI

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
WISCONSIN

CASE NO. 15-CV-291-WMC

Daniel P. Oswald,
    Plaintiff,

NOTICE OF APPEAL

V.

William Pollard, et, al
    Defendant

Notice is hereby given that Daniel P. Oswald in the above named case, hereby appeal to the United States Court of Appeals for the 7th Circuit for a reversal of the decision to find in favor of defendants for summary judgement Entered in this action on the 30th day of Aug, 2018.

Daniel P. Oswald #333421
Pro Se
J.C.I
P.O Box 233
Black River Falls WI
54615

9-7-18